Telleria, Telleria & Levy, LLP
828 W. Las Tunas Drive
San Gabriel, CA 91776


Antonio Heron
109 W. 40th Pl.
Los Angeles, CA 90037


Jaenam Coe, Esq.
Law Offices of Jaenam Coe PC
3731 Wilshire Blvd. Suite #910
Los Angeles, CA 90010


Gi Bong Lee
Comme China
34th Zhonghua Street
Hongwei Village, Haizhu District,
Guangzhou City, China


S. Calvin Myung, Esq.
Law Offices of S. Calvin Myung
3700 Wilshire Blvd., Suite 500
Los Angeles, CA 90010


Clotho J&J Usa, Inc.
1458 S. San Pedro St., Unit 239
Los Angeles, CA 90015


B2B Global Logistics, Inc.
1420 Francisco St.
Torrance, CA 90501


CNG, Co, LTD
B307, Fuhe Smangwu B.D. #408
Tiyu Rd., Hument Town
Dongguan, China

Serone, Inc.
1503 S. Central Ave. #2B
Los Angeles, CA 90021


Eternal Love, Inc.
600 E. Washington Blvd. #219
Los Angeles, CA 90015


Hanmi Bank
3660 Wilshire Blvd., PH-A
Los Angeles, CA 90015


Open Bank
1000 Wilshire Blvd. #500
Los Angeles, CA 90017


Worker's Compensation Appeals Board
320 W. 4th Street, 9th Floor
LOs Angeles, CA 90013


Antonio Heron
11233 Dora St.
Sun Valley, CA 91352


Maciej Mazjel
12660 Riverside Dr., Suite 205
Valley Village, CA 91607